UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:05CV2193 RWS<br>) |
| NATIONAL UNION INSURANCE, COMPANY OF PITTSBURGH, PENNSYLVANIA, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to file an amended complaint [#28] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Case Management Order is **VACATED**.

Dated this 20th day of July, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE